No. 94–9733. CARMICHAEL *v.* RIVELAND ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–9737. DINGLE *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 94–9738. JORDAN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–9739. HALL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–9740. SCEIFERS *v.* TRIGG, SUPERINTENDENT, INDIANA YOUTH CENTER. C. A. 7th Cir. Certiorari denied.

No. 94–9741. GRAY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–9742. STEWART *v.* COALTER, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION, ET AL. C. A. 1st Cir. Certiorari denied.

No. 94–9743. BROWN *v.* MAZURKIEWICZ, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW, ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–9744. MACK *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–9745. CHAPMAN *v.* BURTON BERGER & ASSOCIATES ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–9746. FELICIANO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–9747. WAFFER *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 94–9748. ATTWOOD *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 94–9750. BEO *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.